IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BENJAMIN EUGENE ISAAC,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY McLAUGHLIN,<br><br>    Defendant. | Civil Action No. 5:14-CV-2 (HL) |

ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 5). Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff's claims for punitive damages are dismissed. Plaintiff's Fifth Amendment due process claim is dismissed. Plaintiff's First, Eighth, and Fourteenth Amendment claims will move forward.

**SO ORDERED**, this the 20th day of February, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh